## Commonwealth *v.* Land, Appellant.

Submitted March 18, 1970. *Melvyn Mantz* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Norris Gelman,* Assistant District Attorney, *James D. Crawford,* Deputy Dis-

trict Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.